

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building One Saint Andrew's Plaza New York, New York 10007*

April 22, 2020

By ECF
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse 500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 11, 2020
```

      Re:    *United States v. Joseph Steele,* 15 Cr. 836 (VM)
               *Joseph Steele v. United States*, 20 Civ. 1151 (VM)

Dear Judge Marrero:

      On February 5, 2020, Joseph Steele filed *pro se* a motion pursuant to 28 U.S.C. § 2255 to set aside his conviction and sentence on the grounds that he received ineffective assistance of counsel in connection with his conviction after trial of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  *See* Dk. No. 83.  On February 24, 2020, the Court ordered the Government to respond within sixty days.  In the intervening time, the Covid-19 global pandemic has interfered with the Government's ability to access records necessary for its response.  The Government therefore respectfully requests a 30-day extension, to May 22, 2020, of the deadline for its response.  This is the Government's first request for an extension.



The request for extension is granted.
SO ORDERED.
May 11, 2020   DATE     VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:          /s/
      Jilan J. Kamal
      Assistant United States Attorney
      (212) 637-2192

cc: Joseph Steele (*pro se*, by mail)