USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 11, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH STEELE,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-1151 (VM)

15-CR-0836 (VM)

VICTOR MARRERO, United States District Judge:

      The Court, having received the motion by Joseph Steele ("Steele") brought under 28 U.S.C. Section 2255 to vacate his sentence (see "Motion," 15-CR-836, Dkt. Nos. 83, 84), having ordered the Government to answer the Motion (see 15-CR-836, Dkt. No. 86), and having received the Government's Memorandum in Opposition (see "Opposition," 15-CR-836, Dkt. No. 89), respectfully directs the Clerk of Court to send copies of this Order, the Court's scheduling Order (15-CR-836, Dkt. No. 86), and the Government's Memorandum in Opposition (15-CR-836, Dkt. No. 89) to Steele.

      All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:  June 11, 2020
          New York, New York

_____
Victor Marrero
U.S.D.J.