**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     15 CR 836 (VM)
        -against-                  :     ORDER
                                   :
JOSEPH STEELE,                     :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court, having received a pro se motion for a reduction in sentence under the First Step Act (Dkt. No. 101), hereby orders the Government to respond to the motion within thirty (30) days. The response shall be due by June 22, 2022.

**SO ORDERED:**

Dated:   New York, New York
         May 23, 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022