```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :   15 CR 836 (VM)
     - against -                     :
                                     :
JOSEPH STEELE,                       :
                                     :   SUMMARY ORDER
                                     :
               Defendant.            :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court received a motion by defendant Joseph Steele ("Steele") for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("Section 3582"). (See "Sentence Reduction Motion," Dkt. No. 101). On July 5, 2022, the Court denied the Sentence Reduction Motion, finding Steele did not meet the requirements for compassionate release under Section 3582. (See "Order," Dkt. No. 108.)

Now before the Court is Steele's motion for reconsideration of the Order. (See "Motion," Dkt. No. 109.) The Motion is hereby DENIED.

Reconsideration is "an extraordinary remedy to be employed sparingly." In re Health Mgmt. Sys., Inc. Sec. Litig., 113 F. Supp. 2d 613, 614 (S.D.N.Y. 2000). As the Second Circuit has explained, the standard for granting amotion to reconsider "is strict, and reconsideration will generally be denied unless the moving party can point to

1

controlling decisions or data that the court overlooked -- matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).

Steele has not met this exacting standard. He largely repeats the arguments made in the Sentence Reduction Motion, reemphasizing the risk of contracting COVID-19 in prison, his unique medical conditions, and his post-sentence rehabilitation. But Steele does not present any information that would cause the Court to reconsider its prior decision under the high burden of a motion for reconsideration.

For the reasons stated above, it is hereby

**ORDERED** that the motion filed by defendant Joseph Steele (see Dkt. No. 109) for reconsideration of the Court's July 5, 2022 order (Dkt. No. 108) is **DENIED**. The Clerk of Court is hereby directed to mail this Order to Joseph Steele, No. 73353054, FCI Hazelton, P.O. Box 5000, Bruceton Mills, WV 26525.

**SO ORDERED.**

Dated: New York, New York
       29 July 2022

_____
Victor Marrero
U.S.D.J.